UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| ZAKIR HOSSAIN ABDUL KHALEQUE, <br><br> Petitioner, <br><br> v. <br><br> WILLIAM P. BARR, et al., <br><br> Respondents. | ) ) ) ) ) ) ) Case No.: 4:19-cv-0314-MHH-SGC ) ) ) ) ) |

## MEMORANDUM OPINION

On May 14, 2019, respondents filed a motion to dismiss the petitioner's 28 U.S.C. § 2241 habeas petition as moot because Immigration and Customs Enforcement removed the petitioner to Bangladesh on or about May 13, 2019. (Docs. 6 & 6-1). Based on the evidence supporting respondents' motion, the magistrate judge filed a report on May 21, 2019, recommending this action be dismissed as moot. (Doc. 7). The magistrate judge advised the petitioner of his right to file specific written objections to the report within 14 days. (*Id.* at 2-3). On June 6, 2019, the U.S. Postal Service returned the petitioner's copy of the report mailed to his last known address as undeliverable with the notation, "Released-04/29/2019." (Doc. 8).[1]

---

[1] This Court's independent review of ICE's online detainee locator system reveals no records matching Petitioner's A-Number and country of origin. https://locator.ice.gov.

Having reviewed and considered the materials in the court file, including the report and recommendation, the Court adopts the magistrate judge's report and accepts her recommendation. Accordingly, the Court will grant the respondents' motion to dismiss.

A separate order will be entered.

**DONE** this 13th day of June, 2019.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE